UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**
_____

Andrea Silverman, PC
150 River Road, H4
Montville, NJ 07045
(973)794-3960/(973)794-3962(fax)
AS4403
Attorney for Debtor(s)

**Order Filed on September 20, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Wentworth Thomas

Case No.: _____ 17-12572 _____

Chapter: _____

Judge: _____ VFP _____

## ORDER RESPECTING REQUEST FOR EXTENSION
## OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD

The relief set forth on the following page is hereby **ORDERED**.

**DATED: September 20, 2017**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

The court having granted the Notice of Request for Loss Mitigation filed by _____ Debtors _____, on
_____ 3/27/2017 _____, and a Request for

❑    Extension of the 90 day Loss Mitigation Period having been filed by _____ Debtors _____,
and for good cause shown

❑    Early Termination of the Loss Mitigation Period having been filed by _____,
and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including _____ 11/30/2017 _____ .

The Loss Mitigation Period is terminated, effective _____ .

*new.8/1/11*

2